## THE PEOPLE VS. CHARLES HUNGERFORD.

The Prosecuting Attorney of a county is the only person who can sign a notice of trial as " Attorney for the People."

*Hillsdale Circuit, Sept, 1870.*

This was an action brought under chapter fifty-second of the Compiled Laws, in reference to intoxicating drinks.

COOK *v.* HITT.

The case was tried before a justice of the peace, by an attorney (not the Prosecuting Attorney) employed by the prosecutrix Mary Taylor. Judgment was rendered for defendant, and an appeal was taken to this Court, by the People.

At the September term of the Court the attorney who tried the case before, served notice of trial upon attorneys for defendant and signed it as " Attorney for the People."

Upon the informal call of the calendar, attorneys for defendant moved to strike the case from the calendar, because it was not properly noticed for trial.

*By the Court,* PRATT, J.—

The motion must be granted. Section 1670 of the *Compiled Laws* having made it the duty of the Prosecuting Attorney " to prosecute all suits arising under this act, brought into the Circuit Court whether by appeal or otherwise," he is the only person who can sign such a notice of trial as " Attorney for the People." But I am of the opinion that a notice signed by the prosecutor or prosecutrix, (in case the proceeding is not commenced or conducted by the Prosecuting Attorney) or signed by another attorney as the attorney of such prosecutor or prosecutrix, would be good.